UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BARBARA F. SHERMAN,
MSW LCSW,

Plaintiff ,

v. C.A. No. 06-213S

JIM NICHOLSON, in his capacity as
Secretary, Department of Veterans Affairs,

Defendant.

**ORDER**

After a conference was held with the parties before Judge William E. Smith on May 8, 2006, Plaintiff's Motion for a Temporary Restraining Order is DENIED.

ORDER:

By: [signature]
Deputy Clerk

ENTER:

[signature]
William E. Smith
U.S. District Judge

Date: 5/11/06