UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARBARA F. SHERMAN, MSW LCSW | : | |
| v. | : | C.A. No. 06-213/S |
| JIM NICHOLSON, in his capacity as Secretary, Department of Veterans Affairs | : | |

**STIPULATION OF DISMISSAL**

Now comes the plaintiff, Barbara F. Sherman, MSW LCSW, and withdraws her claims as set forth in her complaint in the above-referenced matter.

BARBARA F. SHERMAN, MSW LCSW

By her Attorneys,

DAVID E. MAGLIO & ASSOCIATES, P.C.

David E. Maglio (#3459)
The Owen Building, Second Floor
101 Dyer Street
Providence, RI 02903
401-831-5400
401-831-7979 Fax

Dated: May 10, 2006

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 5/11/06

**CERTIFICATION**

To:

Michael Iannotti, Esq.
Office of the United States Attorney
50 Kennedy Plaza, Eighth Floor
Providence, RI 02903

I hereby certify that on the 10th day of May, 2006, I caused a true copy of the within *Stipulation of Dismissal* to be mailed to the above-listed attorney.

Nancy O'Donnell

h:\clients\sherman\va\pleadings\stip of dismissal